■ The People of the State of New York, Respondent, v Kevin Kareem, Appellant. [48 NYS3d 897]—

Judgment, Supreme Court, New York County (Michael R. Sonberg, J.), rendered August 24, 2015, convicting defendant, after a jury trial, of attempted assault in the first degree, and sentencing him to a term of 5 years, unanimously reversed, as

a matter of discretion in the interest of justice, and the matter remanded for a new trial.

As in *People v Velez* (131 AD3d 129 [1st Dept 2015]), the court's jury charge failed to convey that an acquittal on the top count of first-degree assault based on a finding of justification would preclude consideration of the remaining charges. We find that this error was not harmless and warrants reversal in the interest of justice (*see e.g. People v Blackwood*, 147 AD3d 462 [1st Dept 2017]; *People v Flores*, 145 AD3d 568 [1st Dept 2016]). We have considered and rejected the People's various arguments for affirmance.

Since we are ordering a new trial, we find it unnecessary to reach defendant's remaining contentions. Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Webber and Gesmer, JJ.